# EXHIBIT F

Ezvaporizers.com online **EZvaporizers.com – Jersey – $52 Purchased 6.30.14  - ARRIVED**
http://ezvaporizers.com/smoke-pipes/solopipe/prod_530.html
Orders are shipped from New Jersey, USA and fulfilled from on-hand stock.





# Ezvaporizers.com delivered






