AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-02736-SJO-AJW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Justin Martone__
was received by me on *(date)* __4/30/15__ .

☒ I personally served the summons on the individual at *(place)* __589 Vbon Ave.__
__Toms River, NJ 08753__ on *(date)* __5/22/15__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/22/15__

*Server's signature*

__Jonathan Gallant__
*Printed name and title*

__685 Bloomfield Ave__
*Server's address*
__Suite 204__
__Verona, NJ 07044__

Additional information regarding attempted service, etc:

- Served @ 7:02am on 5/22/15
- Unsuccessful on 5/6/15